UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
USA

                                                **NOTICE OF**
                                                **APPEARANCE**

    -v-                                    Docket No.: 1:07-mj-01973-UA-1

CHRISTOPHER MARTIN
                                     Defendant.
------------------------------------------------------------------X

SIRS:

PLEASE TAKE NOTICE, that I, the undersigned am retained as attorney for

CHIRSTOPHER MARTIN, the defendant in this proceeding, and demand that a copy of

all notices and other papers in this proceeding be served upon me at the following

address: Bruce Provda, Esq., 150-14 Village Rd., Unit C, Jamaica, NY 11432.


Dated: Jamaica, New York
        March 21, 2008



                                                    _____/s_____
                                                    Bruce Provda, Esq.
                                                    150-14 Village Rd., Unit C
                                                    Jamaica, NY 11432
                                                    Tel.: (917) 664-0469
                                                    Fax.: (866) 502-1947